UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

JASON PAUL ARNOLD,

        Plaintiff,

v.

FAMILY INDEPENDENCE
AGENCY, CHARTER BEHAVIORAL
HEALTH SYSTEM, HIAWATHA
BEHAVIORAL HEALTH AGENCY,

        Defendants.
                            /

Case No. 2:11-CV-260

HON. GORDON J. QUIST

## **ORDER**

Plaintiff has filed a one-page document setting forth various motions, including: (1) motion to remove the undersigned district judge; (2) motion to reconsider; (3) motion for representation; (4) motion for an honorable new judge; and (5) motion for a jury trial. Plaintiff cites no facts or law supporting his motion. In fact, other than reciting motion titles, he offers nothing in support of his motions. This Court's November 21, 2011, Opinion and Order concluding that Plaintiff's complaint fails to state a claim and is barred by the applicable statute of limitations provides no basis for recusal. *See Liteky v. United States*, 510 U.S. 540, 554, 114 S. Ct. 1147, 1157 (1994). In addition, because the Court has concluded that Plaintiff's claims lack merit, the Court declines to exercise its discretion to appoint counsel. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motions for: (1) Reconsideration; (2) Representation; (3) Removal of this district judge; (4) an Honorable New Judge; and (5) a Jury Trial (docket no. 9) are **DENIED**.

Dated: July 25, 2012                                                       /s/ Gordon J. Quist
                                                                                  GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE